IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THEODORE W. BLASKE,<br><br>              Plaintiff,<br><br>vs.<br><br>THE COLLECTION ANALYST, INC. AND JUDITH D. RETELSDORF,<br><br>              Defendants. | 8:16-CV-565<br><br>JUDGMENT |

Pursuant to the parties' joint Stipulation of Dismissal with Prejudice (filing 19), this case is dismissed with prejudice, without costs, disbursements or attorney's fees to any party.

Dated this 29th day of June, 2017.

BY THE COURT:

_____
John M. Gerrard
United States District Judge